```
                      UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
                           FORT MYERS DIVISION


MAE J. PORCELLI,

                Plaintiff,

vs.                                       Case No.   2:05-cv-379-FtM-33DNF

CAROLYN PORCELLI, formerly known as
Carolyn E. Michel,

                Defendant.
_____/
```

**ORDER**

This matter comes before the Court pursuant to the Parties' Stipulation for Mediation (Doc. # 17), which was filed on October 11, 2005.  The parties have selected a mediator, John F. Stanley, who is not listed on the Certified Mediator List of the Middle District of Florida.  Local Rules 9.01 and 9.02 of the Middle District of Florida explain that only mediators certified by the Chief Judge  may preside as mediators over court annexed mediation.  Accordingly, the Parties are directed to select a Certified Mediator to preside over the mediation of their case and are further directed to submit to this Court an amended Stipulation for Mediation.  Counsel may access the Certified Mediator List on this Court's website at www.flmd.uscourts.gov.  The  Mediator List is located in the "Attorney Resources" section of the website.

The Parties shall file their amended Stipulation for Mediation within ten days of the date of this order.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. Within ten (10) days of the date of this order, the Parties shall file an amended Stipulation for Mediation that indicates that the parties have selected a certified mediator, as required by Rule 9 of the Local Rules of the Middle District of Florida, to preside over the mediation of their case.

   **DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 17th day of October, 2005.

                                    _____
                                    VIRGINIA M. HERNANDEZ COVINGTON
                                    UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record